# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COWTOWN FOUNDATION, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    *Defendants*. | No. 21-cv-1342 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 13, is **GRANTED**.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

February 17, 2022